UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIJAH BURKE,

        Plaintiff,        Case No. 1:16-cv-1376

v.        Honorable Paul L. Maloney

D. LAWRENCE,

        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  January 10, 2017        /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge